CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKa
AUG 0 1 2014
JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHELET SAINT LOUIS,<br>　　Plaintiff, | Civil Action No. 7:14-cv-00331 |
| v. | **ORDER** |
| ROANOKE CITY JAIL MEDICAL<br>CLINIC, et al.,<br>　　Defendants. | By:　Hon. Jackson L. Kiser<br>　　　Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

ORDERED

that the claims against the Roanoke City Jail Medical Clinic are **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 42 U.S.C. § 1997e(c), and Dr. Powell and the Roanoke City Jail Medical Clinic are **TERMINATED** as defendants.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 1st day of August, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge