CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
FEB - 9 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHELET SAINT LOUIS,<br>    Plaintiff, | Civil Action No. 7:14-cv-00331 |
| v. | **ORDER** |
| DR. ALI,<br>    Defendant. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Dr. Ali's motion for waiver of oral argument is **GRANTED**; Dr. Ali's motion to dismiss is **DENIED**; and Dr. Ali shall **FILE** a motion for summary judgment supported by affidavits, pursuant to Standing Order 2013-6, within thirty days of this Order's entry.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 9th day of February, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge