CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL -2 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHELET SAINT LOUIS,<br>　　Plaintiff, | ) | Civil Action No. 7:14-cv-00331 |
| v. | ) | **FINAL ORDER** |
| DR. ALI,<br>　　Defendant. | ) | By:　Hon. Jackson L. Kiser<br>　　　Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Dr. Ali's motion for waiver of oral argument is **GRANTED**; Dr. Ali's motion for summary judgment is **GRANTED**; and this matter shall be **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 2nd day of July, 2015.

　　　　　　　　　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　　　　　　　　　Senior United States District Judge